IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Tyran Wood,                                              :
         Plaintiff              :   Civil Action 2:12-cv-00978

   v.                                                    :   Judge Frost

Gary Mohr, *et al.*,                                   :   Magistrate Judge Abel
         Defendants
                                    :

**ORDER**

     Plaintiff Tyran Wood, a state prisoner, brings this action alleging that defendants have failed to provide him with adequate follow-up care for a brachial plexus injury he sustained in a motorcycle accident prior to his incarceration.  This matter is before the Court on Magistrate Judge Abel's October 30, 2012 Initial Screening Report and Recommendation recommending that defendant Mona Parks be dismissed. No objections to the Initial Screening Report and Recommendation have been filed.

     Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and **DISMISSES** defendant Parks.  (Doc. 5).

                                                          /s/ Gregory L. Frost
                                                          Gregory L. Frost
                                                          United States District Judge