UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TYRAN WOOD,

    Plaintiff,

    v.

GARY MOHR, et al.,

    Defendants.

Case No. 2:12-cv-978
JUDGE GREGORY L. FROST
Magistrate Judge Mark R. Abel

### ORDER

This matter is before the Court for consideration of the Magistrate Judge's July 29, 2013 Report and Recommendation (ECF No. 38) and July 30, 2013 Report and Recommendation (ECF No. 40).  In the former filing, the Magistrate Judge recommended that the Court grant the April 24, 2013 motion to dismiss filed by Defendant Mona Parks.  (ECF No. 22.)  In the latter filing, the Magistrate Judge recommended that the Court deny the April 24, 2013 motion to dismiss filed by Defendant John Gardner.  (ECF No. 21.)  Each Report and Recommendation advised the parties that the failure to object within fourteen days of that respective filing would "result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court."  (ECF No. 38, at Page ID # 236; ECF No. 40, at Page ID # 242.)

The Court has reviewed each Report and Recommendation.  Noting that no objections have been filed, that the time for filing such objections has expired, and that the Magistrate Judge's reasoning is correct, the Court **ADOPTS** both the July 29, 2013 Report and

1

Recommendation (ECF No. 38) and the July 30, 2013 Report and Recommendation (ECF No. 40). Accordingly, the Court **GRANTS** the April 24, 2013 motion to dismiss filed by Defendant Mona Parks (ECF No. 22) and **DENIES** the April 24, 2013 motion to dismiss filed by Defendant John Gardner (ECF No. 21).

    **IT IS SO ORDERED.**

      /s/ Gregory L. Frost
    GREGORY L. FROST
    UNITED STATES DISTRICT JUDGE